O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, M.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>          Plaintiff,<br><br>   v.<br><br>MARILOU TUMALIUAN,<br><br>          Defendant.<br>_____ | Case No. CV 12-01410 DDP (SSx)<br><br>**ORDER REMANDING TO STATE COURT** |

    Plaintiff filed an unlawful detainer complaint against Defendant in state court on December 02, 2011. (Dkt. No. 1, Ex. 1.) Defendant removed the action to this court on February 17, 2012 on the basis of federal question jurisdiction and possibly diversity jurisdiction as well. (Dkt. No. 1.) It appears, however, that there is no federal subject matter jurisdiction in this action. Plaintiff's unlawful detainer complaint raises only issues of state law.

    District courts have original jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the

1  United States. 28 U.S.C. § 1331.  Though Defendant asserts various
2  federal defenses, "[u]nder the longstanding well-pleaded complaint
3  rule, . . . a suit 'arises under' federal law only when the
4  plaintiff's statement of his own cause of action shows that it is
5  based upon federal law." Vaden v. Discover Bank, 556 U.S. 49, 60
6  (2009) (quotation, citation, and alteration omitted).  "Federal
7  law" cannot be predicated on a defense or counterclaim.  Id.
8  Defenses based on federal law are, therefore, insufficient to
9  create federal jurisdiction.  See HSBC Bank USA v. Santiago, No. CV
10 10-04127, 2011 WL 165382, at *1-2 (C.D. Cal. Jan. 18, 2011).
11      Additionally, there is no diversity jurisdiction, because the
12 amount in controversy does not exceed $75,000.  (Dkt. No. 1, Ex. 1
13 (civil cover sheet stating that the demand is "$25,000 or less").)
14      This court lacks subject matter jurisdiction over Plaintiff's
15 complaint, and remands this case to state court.
16      Defendant's outstanding motion (**Dkt. No. 6**) is therefore
17 vacated as moot.

19 IT IS SO ORDERED.

22 Dated: September 26, 2014
                                     DEAN D. PREGERSON
23                                   United States District Judge

26      cc: order, docket, remand letter to
         Los Angeles Superior Court,
27       Southwest District, Torrance, No.SB11Z01584

2